JOHN B. TURNER, CHIEF JUSTICE.
SAMUEL W. HAYES, 〉
R. L. WILLIAMS, 〉 ·JUSTICES.
MATTHEW J. KANE, 〉
JESSE J. DUNN, 〉

---

### McLAUGHLIN-FARRAR CO. v. DENOYA *et al.*

No. 2503.  Opinion Filed May 14, 1912.

(123 Pac. 1059.)

**APPEAL AND ERROR—Dismissal—Settling and Signing Case—Delay.**
Dismissed for the reason that the time granted for settling and signing case-made expired before same was served, settled, and signed.

- (Syllabus by the Court.)

*Error from District Court, Osage County;*
*John J. Shea, Judge.*

Action by the McLaughlin-Farrar Company against Clement Denoya and Emma Denoya.  From the judgment, the McLaughlin-Farrar Company brings error.  Dismissed.

Gilmore et al. v. Wall.

*Boone, Leahy & McDonald,* for plaintiff in error.

*Mason & Scott,* for defendants in error.

KANE, J.   This cause comes on to be heard upon a motion to dismiss the appeal, upon the ground that the case-made shows that the time for settling and signing same had expired before. the same was served, settled, and signed.   This is ground for dismissal.   *Second Miss. Baptist Church v. Keys,* 27 Okla. 460, 112 Pac. 968.   The appeal is dismissed.

All the Justices concur.